

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-118-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 9/15/2021 6:41:21 PM
Transaction ID: 60339

Request New Judge    Return