AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-cr-00118-BJB |
| ADDISON DAILY | ) | |
| | ) | |
| Defendant | ) | |

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 OCT -4 AM 11:58

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/23/2021

_Defendant's signature_

_Signature of defendant's attorney_

Brian Butler
_Printed name of defendant's attorney_

_Judge's signature_

United States District Judge Benjamin Beaton
_Judge's printed name and title_