EXHIBIT 1

Dear Honorable Judge Beaton, November 14, 2021

  My name is Samantha Milby and I am Addison Daily's mother. I'm sure you receive a plethora of letters from desperate parents, family and friends on behalf of their loved ones and I'm certainly no different. I wish I could tell you that Addison had a wonderful childhood but that would be an untruth. When he was young, I worked A LOT. I was a trauma\ER RN for 21 years, the SANE Coordinator for UofL Hospital, The Center for Woman & Families as well as a Forensic nurse for LMPD (Homicide and PIU- formally Internal Affairs). I have struggled with alcoholism my whole life. Even if I was home with Addison, I wasn't there mentally or emotionally. His father was in and out of prison his whole life and died of a drug overdose when Addison was 11 years old. From about the age of 12-13 he was usually alone and unsupervised. He pretty much raised himself, unfortunately. He rarely complained. He did his school work on his own and got himself up for school.

When his got to high school, he joined the football team and for once had a family that was there for him and it truly was a brotherhood! He was on the team all four years. The day after he graduated, he got on at UPS part time so he could put himself thru college and also took a job at Bearno's as a delivery driver. He immediately enrolled in classes at University of Louisville. He wanted to be a lawyer (a Prosecutor for the Commonwealth, to be specific). He would later have a 3rd job while going to school full time. To be a young man, Addison's work ethic is and always has been hard to wrap your head around. It took him 7 years but he graduated with honors with a Bachelors in Political Science.

Eventually, he decided to stay at UPS. He had worked his way up from part time package handler/sorter to a full-time recruiter in Human Resources with a company truck and company credit card. He was there for 9 years and only resigned prior to appearing before you. He bought his first home at 21 yrs old. He rescued a dog and cat from the Humane Society and loves animals. It would take me a long time to list all of Addison's accomplishments and I don't want this letter to seem redundant.

What you do NEED to know is the type of person my son is...He was very close to his grandparents and was raised in church and knows the Lord. He is very kind and charitable. He has never asked anything of others nor from society. I absolutely know what he did was wrong and so does he. He has not attempted to make any excuses and takes 100% responsibility for his actions. He has lost everything already: his home, his career, his animals, his reputation and will have to register as a sex offender- never again will he be able to vote, nor own any firearms (he was as avid collector of unique guns) or live by a park or school.

I know it is your job and duty to uphold the law but I respectfully ask you to show MERCY on my on that made a HORRIBLE mistake and had a terrible lapse in judgment. He has never been in trouble before or ever even been arrested. Thank you for your time and I pray you will take this letter into consideration prior to sentencing Addison Daily when he appears before you again.

Sincerely,

Samantha Milby

*[signature]*