EXHIBIT 2

To whom it may concern,

      I was Addison's football coach while he attended Bullitt Central High School. Addison played offensive and defensive line for me while he was there. I wish I could tell you he was a great football player that went on to play in the NFL or major college football, but truth be told, Addison was an above average high school player who never went on to play the game in college. However, this is not to be seen as a weakness, but is, in fact, the true greatness of Addison. He was a dedicated, hard working, and unselfish person that worked hard to be the best he could be at a sport that was sometimes very difficult for him.

      Addison was blessed with some athletic ability, but, in reality, his football abilities were not what he truly brought to our team. Addison accepted early on that he might not be the star of the team, but it was this acceptance, I think, that made him into a better person. Addison, though I could tell he oftentimes wanted to be somewhere else, came to practice and off season conditioning everyday. He was dedicated to be the best that he could be and to help the team in any way possible. He accepted that he might not be a full time starter, and played the inglorious role of a scout team player (someone who plays the role of the other team during practice so that others could prepare for the game). In this role, Addison was able to continue working on his craft until he eventually became a starter for the team his senior year.

      Being part of the scout team is tough in High School. Most players simply grind through the days, dreaming of when they will be on varsity. Addison, however, bought into the team concept, and really worked to be a better offensive lineman during this time. This hard work on the scout team, coupled with his off season dedication, allowed himself to work his way into the starting rotation. I am not saying that Addison was perfect, but he worked hard to get better everyday with the realization that he might never be the starter on the field. In all my 27 years of teaching and coaching, I have always valued perseverance as one of the most important attributes a young person can possess, and Addison certainly possesses that quality.

      In addition to his work ethic, Addison also possesses an unselfish nature. Even though Addison worked hard, lifted weights, it still took him three years to crack the starting line up. And even then, he had to share time at his position with an upstart sophomore offensive guard. Normally when this is the case, the senior lineman will moan and groan about how unfair the situation is, but this was not the case with Addison. He remained supportive of the other player, even when his own playing time was threatened. Addison was truly a team player.

      I have no idea what Addison did to end up in the current situation he is in, and I offer this story of Addison as my personal testimony to his character as a person. In no way is Addison a perfect person. I am sure he has struggles and demons to overcome, but in my interactions with him, he has always been an outstanding young man who understood that the world wasn't always fair, that he wasn't always going to have everything that he wanted, and that he would have to work hard to get where he wanted to be. I am positive that Addison will work to change what he can change in his life. I know this because I have seen him do it before.

Sincerely,

Mike Gossett
Teacher/Coach