EXHIBIT 3

Jessica Grasch (30)
144 Skyview Ct
West Point, KY 40177

October 20, 2021

To the Honorable Judge Benjamin Beaton,

    I am writing this letter on behalf of Addison Daily, to give a deeper insight into who he is as a person, as you are the one tasked with the decision of how Addison ("Addy" as I know him) will be sentenced for his crimes. I don't envy the job that you have, to decide the fate of strangers, people you can only really know and understand through letters like this, and to make decisions that will forever impact not only the person that is being held accountable for the crimes they've committed, but also the lives of the people that love them. I sincerely hope that this letter helps as you make your decision on how the young man I've gotten to know over the past two months will experience the rest of his life, and how long he will be incarcerated for the mistakes he has made.

    I suppose I should start there, because two months may not seem like a long time, and in the grand scheme of things it isn't, but during those months I grew to care about Addy deeply, and I saw before me a man truly repentant for the things he had done. I came into Addison's life early August of this year. We quickly connected over our shared pasts that seemed tightly linked and the irony that we had never known each other, except for briefly in passing while working for UPS on the night shift. Finding out that we had even gone to the same schools our entire lives! All the way from elementary school in a tiny school in West Point, KY to graduating from the University of Louisville, just always four years apart; it was something we laughed about. He had lived right down the road from me for years and I'd never known him, and I find myself often wishing that we had met sooner, that things had been different. Because, Your Honor, Addy was kind, and when he talked about the people in his life, he never had a bad word to say. He told me stories about how he had gotten his penguin tattoos to honor a friend lost serving overseas, showing his heart and his love for those he cared about. He told me about how he had adopted his two pets, his cat Dexter and his dog Hodor, from the shelter and even though Hodor was an enormous handful, he was HIS handful. It broke his heart to give them up, but he made sure they would be safe and cared for, that they would find new homes, and wouldn't suffer because of his mistakes. He traveled hours up into Ohio to work with someone to help transition and take Hodor, and he was brought to tears when it didn't work out and he had to surrender him to KHS as his last resort. I noticed any time I would compliment him, or imply he had a good heart, he would play it off. And at first I thought he was being humble, but I later learned that he simply believed he didn't deserve kindness because of what he had done.

    One month after becoming involved with him, Addy told me about what he would be facing for the rest of his life, and what exactly he had done to place him in this position. How he felt I deserved to know because he had never intended to get as close to me as he did, and he felt guilty for as he described it "pretending to have a normal life." When he told me, he expected for it to be the last conversation we would ever have, and understandably at first I was horrified; what he had done was so wrong I almost didn't believe it, and I certainly couldn't understand why.

    But, the self-hatred and shame that poured out in the message he sent me that day…it made me pause. He didn't try to justify himself, he didn't make excuses or downplay what he

had done. He told me exactly what happened, what led him to viewing the content that he did, how it was not something he had ever even come close to even thinking about before and would not EVER do again. He explained to me how he felt he deserved punishment and was willing to accept it, so he had confessed and plead Guilty to the crime. He called himself "disgusting" and stated he would probably have killed himself if it wasn't for his mom and the few people he had in his life that cared about him. It took me a few days to process what he had told me; it was difficult to reconcile the man I had learned to care about so much in such a short amount of time, with the crime he had committed. He had told me that his therapist said he was afflicted with a pornography addiction, and again he told me he wasn't trying to justify it, but I had asked what led him to the content, trying to understand why. Over the next few days I spoke with a friend who in the past had happened to attend multiple seminars on pornography addiction through work with a ministry. I educated myself on what could lead someone who had never in their lives even thought about it to be compelled to view underage pornography. I learned through various resources that it is a legitimate addiction that can lead someone down a very dark path, but a dark path that is not endless.

  Anyway, I'm not writing here to preach about what therapists online have to say about these addictions, or how unlikely someone is to repeat these particular crimes once caught. I just wanted to explain why I'm still here after learning what Addy had done, and why I'm writing this. I didn't know him before, like the others that will be likely be writing you these character reference letters. I knew him during. I knew him in the last two months of his life on the outside, as he was moving so very quickly towards detainment, to leaving everything he had built for himself over years and years of hard work behind and going to live behind bars for an unspecified amount of time. During this time I had gotten to know his good heart, and caring about him as I did made me want to write this for you, to hopefully give you a picture of who he is. In the last month that I knew him, he seemed so very hopeless, and so very angry at himself, all the time. Angry that he had "ruined his life" and his future. He blamed no one but himself, he was truly guilty and ashamed of what he had done, and I think that's something you probably don't see a lot of in the courts, Your Honor. He had worked years to get to the position he had achieved at UPS, graduated with a Bachelor's Degree from UofL, bought his own house. I watched as he drafted his resignation letter, preparing to leave it all behind, and knowing his life would never be the same. He was constantly thanking me for being kind, claiming he didn't deserve kindness from anyone because of the mistake he had made, and sadly I believe he truly meant that. Despite wanting to push against any care shown to him, he always made sure to give it back. He was kind with his words and his actions, despite everything that he was going through in preparing for incarceration, and I value the connection and the friendship that has developed between us so much that I wrote this to hopefully help you understand him a little bit, even if just for the care that he inspires in others - enough for us to write to you and plead for understanding and leniency as you make your decision.

  Your Honor, I want to thank you for reading this character reference, for taking the time to get to know Addison through not only this letter but the others you will undoubtedly receive on his behalf. I hope you consider this letter as you determine his sentencing. Addy is a good man, a contributing member of society that has ambitions and life goals, and I believe the mistake he made is not a reflection on who he is as a person. A mistake for which he has shown in his behavior and actions to be truly repentant of and has sought help for in the aftermath. Again, thank you for taking the time to read this letter.

                            Sincerely,
                            Jessica Grasch

Brother

My name is Joshua Childs, I am Addison Daily's older brother. I'm writing you this letter today to give you a brief summery of his life. I'm sure you will hear several stories today painting pictures that Addison lived a very happy and perfect life. We all know there is no such thing as a perfect life. Addison and I are eight years about by age and had a lot of differences growing up. When my mother had Addison, she was already starting to get her life together. Not that she did anything wrong just that she had me at a very early age (16) and my brother at 24. Our mother struggled as a single parent to 2 young small children. Growing up we spent a lot of time with our grandparents so our mother could work and try to go back to school to give us the best life she could. Our grandma took us to church every Sunday and if we couldn't go, we would watch it on TV. Our grandparents would try to help us out anyway they could. School work, shopping, food and anything a regular parent would do since neither of our dads were in the picture. My brother and I are very close since most of the time we were always together. As we got older things sometimes got harder, our mom had to work more and more shifts to support us. Our mother did have a slight drinking problem, but Addison never let that bring him down. He continued everyday to live, learn and love. He was also brave enough to write a letter to our mother at a very young age explaining his feeling to her about his thought on her drinking. It did help some I would like to think, but we know that alcoholism is a very hard disease to shake. As Addison got older, he became smarter and wiser. Taking everything that we learned growing up and applying it to everyday life, so he could try to make a better life for himself than he had growing up. Addison excelled very well in school and after school programs. He played football for his high school and was involved in a few after school programs as well. Addison had lots of friends in school because of his positive attitude and outlook on life. I met a lot of Addison's friends from school and friends from the football team since they where always coming around to so see him. Addison would help tutor friends in school to make sure they could be the best they could be. After Addison graduated, he started working at UPS to help pay for himself to go to college. Addison then realized how hard it was to be an adult and how hard our mother worked to try and give us the best life she could. Addison was working at UPS 3rd shift, Breakout Louisville and volunteered at times to try to put himself through school. Addison worked and studied more than he did anything else. Sometimes missing holidays events because he hadn't gotten to sleep the night before or had to be at work. However, Addison would always try to make time for his friends and family whenever he could. Shortly after he graduated U of L he was able to buy his first house and became a supervisor at UPS and was doing great. I'm very proud of all the things my brother has done/overcome in his life. As the older brother I still haven't accomplished half the things that my brother has done at his age. Everyday I think about how much he has done for himself and other in his short time on this earth. In Addison's free time he would try to come hangout with me or play video game online so we could spend some time together. Last year he took me to my first NFL game it was one of the coolest experiences I've ever had and will never forget it. With all the great things my brother has ever done, no one is prefect, and everyone make mistakes. Which is why I'm writing this letter today; my brother made a big mistake. This mistake has cost my brother everything he has worked so hard to accomplish. His house, career, just to name a few. When you decide what his punishment is I hope you decide to show him mercy. Addison will do everything in his power to make things right and to pay for his crimes. I know what Addison did was wrong, but it would also be wrong to turn the light off on a star that brightens the life of everyone around him.

Joshua Childs

To Whom It May Concern:                                                                November 11, 2021

    My name is Erin Witten, and I'd like to take a minute of your time to shine a bit of light on the person that is Addison Daily. I am engaged to his older brother, and have known Addison going on 15 years now. When I first met him, he was like most pre-teen boys: in secret admiration and constant competition of his big brother.

    Growing up, Addison & his brother Josh were raised by their single mother, with the unending support of their dear grandmother. Witnessing the struggles and sacrifices of their mom, and only later being introduced to an absent father that was not interested in claiming that role, both brothers knew from an early age what kind of man they did not want to be. I believe their bond was cemented early in this shared experience. But Addison never let that stop him from pursuing his dreams; nor did he ever feel sorry for himself.

    Throughout high school, he excelled in his academics and was a dedicated athlete beloved by many. Although injury and surgeries halted any further pursuit in sports, Addison has always had a sharp mind, and his aspirations turned to paths of critical-thinking.

    Though much can be said about high school achievements and accolades, my greatest impression of Addison came after, when it was time to face the realities of adulthood and the accountability of making your own choices, not simply being told where to be and what to do. In many cases when young adults, experiencing new freedoms, don't feel like following through with a commitment, they simply write it off without conscience and choose the fun moment to satisfy their fleeting whims. But not Addison. He has demonstrated admirable dedication to his goals and dreams for his future. After graduating high school, it was not considered his "time to party". Rather, with dreams of a career in law, he did whatever it took to attend college. Without spare finances to invest in him, the family has always offered the moral support to his ambitions. But the work was up to him. For years he worked two and three jobs to put himself through college. And he didn't give up when it got tough. He didn't give up when he was exhausted and had zero days off to simply rest. Often, with dwindling hours to sleep in between the next obligation, he sacrificed time with his friends and unfortunately was unable to attend many family events and holiday gatherings. All the while, my admiration for this young man's dedication continued to be met by his tenacious drive for what he wanted to make of himself and get out of life. He graduated college, he purchased his own vehicles, he became a home-owner, and in brotherly love, continued to razz the family about the long-running joke of who was the true "Number One son".

    Beyond his deeply-driven determination, Addison is a very loyal and generous person; not only to his friends, but especially his family. He is a fierce protector of his friends, and will not stand by to see an underdog be bullied. To have him as a friend is more than just talk, as I am certain any of them would tell you the same. He is also cherished by his family. Even when his schedule may be full or complicated, he will pop up with a thoughtful gesture. It is not uncommon that he would treat his mom to a steak dinner. He has come to the aid and defended his grandmother when she was being taken advantage of. And one of the best life-long memories he created was surprising his

brother by taking him to his very first NFL game, because he knew that his brother's favorite team was playing in a neighboring state. These are just a few examples of the kind heart and loyal spirit possessed by this individual before you, Addison Daily. His family and myself, have always been very proud of his achievements, and especially the content of his character.

      To shine a light, in turn creates a shadow. Though there are many remarkable things to be said of this young man, he is not without flaw, as are none of us. But I feel it equally worthy of mentioning Addison's willingness to be held accountable and take responsibility for his actions and wrong-doings. Not only in this situation, but in all incidents whether he had harsh words, or simply recognized that he could have made a better choice; he can admit when he was wrong. His mistake that brings us to these current circumstances is regrettable, and holds consequences that will forever alter the path of his future and the life that he worked so hard to build; and knowing this, he still took responsibility for his actions. I am a believer in justice, but I also believe to merely judge him without taking all qualities of his character into consideration, would be an injustice to the good that he brings to the community and the countless people he affects with his positivity, ambition, and loyalty. I humbly ask that when determining the penalty to impose for his crime, to please consider mercy.

Thank you for your time and attention.


Sincerely,

*Erin Witten*

Erin Witten



**Stephanie K. Sharp**
**Bullitt County Treasurer**
PO Box 768   Shepherdsville, KY 40165
Phone (502) 245-8809 / Fax (502) 543-2656
ksharp@bullittky.com

October 15, 2021

Dear Honorable Judge Benjamin Beaton,

My name is Stephanie Kenann Sharp, and I've served as the court appointed Bullitt County Treasurer for 23 years. It is my pleasure to be writing a character witness statement on behalf of Addison Daily. Addison has been a true & close friend to my son since they were in middle school. I've watched Addison grow up into the responsible, persistent, and pleasant man he is today.

While he was in high school, Addison proved to be a leader among his football brothers. He seemed to always draw out the best of them all and selflessly praise each of them for a job well done on the field. These young men seem to always look up to Addison, as I witnessed firsthand being the President of the football board.

I know Addison to be very responsible, dependable, persistent, honest but mostly a true friend. He's maintained his employment with UPS for over nine years, purchased his first home in his early 20's, received his bachelor's degree in 2019 from University of Louisville in Political Science, as well as being a true and dedicated friend to my son, who's now deceased. Addison designed and received a tattoo in honor of him.

If there's anyone that deserves an opportunity in life and is willing to do whatever it takes to prove themselves, its Addison Daily, but to do that Addison needs to be given that opportunity. I truly believe Addison is willing to do whatever it takes to make reparations, financially & emotionally, if need be. In all honesty, I just hope you will recognize the power you wield regarding the future of Addison and assist to help encourage a bright future for him.

Thank you for your time,

Stephanie K. Sharp

attachments



*Tattoo in honor of my son.

Mr. Stephen P. Ryan  
Attorney At Law  
7104 Hillcircle Court  
Louisville, KY 40214  
502-551-1083  

Judge Benjamin Beaton  
c/o Brian Butler  
400 W. Market Street  
Suite 1800  
Louisville, KY 40202

October 25, 2021

RE: Addison Dailey

Dear Judge Beaton,

 I am a retired Circuit Court Judge from Jefferson County and have known Addison Daily's family for several years. His family have always been supportive of Addison and they will continue to support him through this ordeal. I feel that they will help in any way they can in the future.

 Any consideration you could give him would be greatly appreciated.

Sincerely,

Stephen P. Ryan

To whom it may concern,

    This letter is suppose to be about Addison Dailey's character but there is so much to say for him there's not enough time or paper. I knew Addison before he was even born, and knew right away he was going to be a great addition to our family. He was such a spry young man and always full of joy. He is best friends with both of my children so sometimes I feel more like a Mother than an Aunt. He is so easy going and easy to love. I fix family dinners for my kids at least once a month and without even asking what it's going to be they ask if Addison can come, and ofcourse the answer was always yes. He spent many weekends at our house or my kids would be at his when they were younger and now that they are all home owners it hasn't changed. I remember in the summer time there would be a trip to the ranch that they looked forward to. Ofcourse my kids would have to take turns going because nobody wants to tackle all of them together for 2 weeks at a time but they didn't mind. They'd come back and talk about how much fun it was riding the 4 wheelers or fishing in the creek. If I remember correctly they even spent one day just floating down stream on tubes.

    There's just so much to love about this young man who I am proud to call my 3rd son. He is so smart, funny, and sometimes a pain in the rear but aren't they all. I think if given a chance he will still make something out of himself and grow up to be a loving husband and father some day. I truly believe in Addison that whatever he sets his mind to he will accomplish it with determination and perseverance. Thanks for listening to my rant about my "Son".

    Sincerely,
    Michelle Miller aka Addison's other Mother

*Michelle Miller*
11/1/2021

10/11/2021

To Whom It May Concern,

  I am writing to you in regards to my friend and companion, Addison Daily. Although I have been made aware of the misdeed that has led him to his current situation, I still wish to express to you Addison's true character. As a mental health counselor, one of my core beliefs is that good people can make bad decisions, but that act does not define who the truly are; as someone who has known Addison for five years, I believe I have seen him for who he truly is as a person(the good, the bad, and the ugly).

  I'd be lying to you if I said Addison and I had been besties from the start; if anything, quite the opposite. But even today, we laugh at that chaos that was the start of our friendship; it's odd now to think that we are better friends with each other than with the person who originally introduced us and wished for us to get along. And while I am a very friendly person who is pretty open to everyone she meets, there are very few people that I trust as much as I do Addison; he is one of the few people I trust my life to and *know* that he will always have my back. Addison has rightfully earned that trust through his actions towards me and others. The following are a few examples of how Addison has been a wonderful friend to me, and a great human being in general:

1) **Addison's go-to to making himself feel better, is to make others happy.** I don't believe I have a single friend who is as selfless as he is, *especially* when they are feeling down on themselves. I chuckle when I realize Addison is the only friend whom I immediately think "Oh no, what happened" when I get a text asking if I want to be treated to dinner; which, by the way, is always home-made or somewhere well outside my pay-grade. I often joke with my other friends that Addison is "my sugar-daddy without benefits", because he truly gives without expecting anything in return; his happiness simply comes from making those he cares for happy.

2) **Addison wishes to see his loved ones succeed, and will go out of his way to ensure they do.** Like most people my age, I had a hard time finding work outside of college, despite being promised otherwise. It didn't take long for me to feel like a failure, and be heart-broken with the idea that I wasted my time getting a degree. Hating to see me so down on myself, for two years, Addison went out of his way to help me find a job in my career field. I'd tell him not to worry about it, since I knew he was a busy guy and I was fine searching on my own. That didn't matter. I'd get calls or texts on random days over the years saying "Hey, I found a lead, I set up a meeting to speak with them on this day" or "Went to visit this school for UPS, met the guidance counselor, I got their contact info for you." When I finally did get my dream job, he sobbed for me (and this man does not cry easily) because he was so happy to see me finally where I deserved to be. And although it wasn't a job he helped me find, I do like to think my interview was as successful as it was due to the amount of practice I had speaking with the professionals he set me up with over the years.

3) **Addison values honesty.** Addison is a very honest person; sometimes, *too* honest. But that's what I've learned to really value about him. I know that if I ever need to hear the truth, the *painful* truth, he is the one to go to. While I doubt many of my close friends would lie to me, most of them are the type to fluff things up a bit as to not hurt someone's feelings; thus, sometimes defeating the purpose of giving an honest opinion. Which is why, when things are rough and I am unsure of my next step, I tend to go to Addison to get reassurance that I'm making the right choice; and despite knowing how sensitive I am, he doesn't skip a beat in telling me I'm about to make a dumb decision. He's helped my skin grow a bit thicker... which, I really needed to happen. Initially, his honesty sounds like being an insensitive jerk; when in reality, he doesn't baby anyone he truly cares about. Addison is also extremely honest about his own flaws and misdeeds; even if he knows that he will upset someone and get disapproval, he'd make sure people understand what he's about, rather than wear a false people-pleasing persona. Addison values honesty so much that, even if it's over something extremely small, he will be deeply hurt if he is not shown the same honesty that he gives others.

4) **Addison is very aware of what those in his circle need, and will go above and beyond to fill that role.** On my side of things, I am someone who gives too much and often gets little in return; and while I mostly don't mind this, it does occasionally hurt. After seeing this for years, Addison took it upon himself to be that person in my life (other than my father) who embodies the phrase "It's the little things". I'm a tad annoyed to say that he has been more thoughtful to me as a friend, than any of my boyfriends have been towards me. For example, he has my very complicated Dairy Queen order memorized so that he could bring it to me on a bad day because he "was in the neighborhood" despite that fact I know he lives nowhere near where I've ever lived or worked. As for others; one example I can think of is with a good mutual friend of ours, whose daughter is dying. At first glance, Addison may seem insensitive or indifferent, as he never asks our friend about his kid. But when asked why, you'll soon see the depth of his actions; he realizes our friend *needs* someone to <u>not</u> talk to that about that stuff. Addison is that friend he can be "a dude" with and talk about sports, movies, or other enjoyable things; which, after Addison explained it to me, is something I've realized our mutual friend really needs right now. Addison "wears many hats" for those in his life, while still remaining true to himself.

5) **Addison respects women.** While this shouldn't be something that has to be brought up, the amount of men I've met in my life who don't respect me and my fellow ladies make me believe it's important to bring up. Addison is very suave with the ladies, as many coworkers and friends would tell you, but this does not stop Addison from displaying a notable amount of chivalry and feminism. While Addison is not afraid to show someone he's interested in them, he will *never* push for more than dinner and a date unless the girl herself gives him a very clear (almost neon) sign that she is interested in more; while this may seem like a low bar, can we really deny that frightening amount of men can't seem to get this right? On top of that, even if said girl is interested in more, that interest is thrown out the window the moment sobriety is off the table; rather than take advantage of

that situation, as some would, the dignity of the girl is more important to Addison. Understanding that women often have to deal with unwanted advances, Addison does what he can to avoid making girls uncomfortable; he goes out of his way to make sure his female coworkers don't feel "stuck" alone in a room with him, nor does he make inappropriate comments towards them out of "good humor". Despite the chivalrous respect Addison shows towards women, he is also not afraid to do what women have been asking for years; to be treated as equals. Addison doesn't talk down to women, nor treat them as if they are less intelligent than men. He doesn't wave off their concerns as being "too emotional" (even if they sometimes are) or take their opinions less seriously. And while it may be a very politically charged topic, Addison is respectful to the point where he believes men should stay out of feminine politics; while he may not agree with everything women may be fighting for, he does believe that it's a fight best left for the women to deal with amongst themselves.

While I could certainly write more about Addison, I do not wish to make you read a novel; I made sure to list the top five items that I believe to be important in better understanding his true character.

No one is perfect; we are all flawed human beings that make mistakes and grow from them. And while I do believe that Addison, like the rest of humanity, has some growing to do, I personally do not believe behind bars is the best option. Currently, America's prison system is comparable to an understaffed daycare; out of ratio with those entrusted in their care, resulting in poor supervision and betterment. Will Addison truly get the help he needs stuffed in a facility? Or is he just another number within an ocean of criminals, far more dangerous than he, to be neglected?

I pray my letter has humanized Addison a bit more; I humbly ask for you to consider forgiveness.

Sincerely,

Nicole Sutter

10/27/21

Judge Benjamen Beaton

Judge I'm writting this letter concerning Addison Daily.

Addison is my great nephew, He has always been a very sweet, poliete, and smart boy and very respectable of everyone. I've never heard anything disrespectful come out of his mouth.

He was raised up knowing right from wrong and took to church. He has always been a very hard worker, pays taxes and don't ask anything from society.

I had a dream of Addison, In the dream I heard the Lord speak and said Addison has a special calling on his life to be used to bring others to him. I'm praying he will get in touch with the God of the universe and submit to that call.

I'm also praying for a miracle that Addison will not go to Prison.

Thank you Sir, for hearing my concerns, and God Bless you!

Pastor James & Annetta Murphy
Eagle Ridge Prayer Center L-burg, KY.