EXHIBIT 4

**Shea Herron, M.Ed., LPCC**
173 Sears Avenue, Suite 84
Louisville, KY   40207
(502) 905-9397

## SEX OFFENDER TREATMENT PROGRESS REPORT

*DATE:*      **November 22, 2021**

*CLIENT:*    **Addison Daily**

REFERRAL INFO:   Mr. Daily was referred for treatment at our agency by his attorney in December 2020 to address internet sex offending behaviors.

TREATMENT GOALS/OBJECTIVES:      The treatment goal was to eliminate sex offending behaviors on the internet.   Objectives included description of details of sex offending behaviors, review of autobiographical factors connected to offense, identification of cyclical aspects of his offending behaviors, processing of victim empathy issues, development of relapse prevention plan, and development of internet safety plan.

MODALITIES-DURATION OF SERVICES:      Client participated in 10 individual therapy sessions between December 2020 and September 2021.

PROGRESS:   Client achieved four of the above treatment objectives including description of details of sex offending behaviors, review of autobiographical factors connected to offense, identification of cyclical aspects of his offending behaviors, and development of relapse prevention plan before being taken into custody.

RISK AND PROGNOSIS:    Based on applicable risk assessment instruments, clinical presentation, and history available to this provider, Mr. Daily's risk to reoffend is considered to be low for any sex offense as well as specifically child pornography offenses.

AMENABILITY TO TREATMENT:   Mr. Daily has demonstrated through participation in treatment prior to incarceration that he is motivated for treatment and presents no issues that would impede his ability to make progress.

RECOMMENDATIONS:   Continue with treatment during and/or following incarceration, continue with relapse prevention, and utilizing support system.

Respectfully,

*Shea Herron*

Shea Herron, M.Ed., LPCC
KY Approved Provider of Sex Offender Evaluation & Treatment