UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.                           CRIMINAL ACTION NO. 3:21-CR-118-BJB

Addison Daily

### ACKNOWLEDGEMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

1/10/22
Date

_____
Defendant's signature

15