# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL NO. 3:21CR-00118-BJB**<br>*Electronically Filed* |
| **ADDISON DAILY** | **DEFENDANT** |

## MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/Amy M. Sullivan
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Amy M. Sullivan
Amy M. Sullivan
Assistant United States Attorney